BELLA UNGER, on Behalf of ELLEN SCHIFF and Another, Infants, Appellant, *v.* SAMUEL SCHIFF, Respondent.

Submitted April 2, 1951; decided April 12, 1951.

*Morris Marlow* for motion.
*Milton Koss* and *Charles Rothenberg* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the orders sought to be appealed from are not appealable by the permission of the Court of Appeals. (Civ. Prac. Act, § 589; *Matter of Clausi,* 296 N. Y. 354.)